# Exhibit A

**From:** Dave Levinthal
**Sent:** Monday, November 25, 2024 6:36 PM
**To:** foia@usaid.gov <foia@usaid.gov>
**Subject:** FOIA Request for USAID

Nov. 25, 2024

Dear USAID FOIA Officer:

This is a request under the Freedom of Information Act, 5 U.S.C. § 552, et seq.

I request that copies of the following records and documents be provided to me:

Any records and documents — including but not limited to emails, memoranda, notes, electronic chat messages and calendar items — that include any of the following words/terms in either uppercase or lowercase form:

Donald
Trump
Kamala
Musk
Elon
DJT
D.J.T.
MAGA
fascist
fascism
authoritarian
authoritarianism
autocrat

1

dictator
commie
deep state
swamp
Project 2025
J6
bitch
fuck
fucked
shit

The date range for my request is Nov. 4, 2024, to Nov. 9, 2024.

As you know, FOIA requires agencies to release information unless it is specifically exempt from disclosure, and also requires agencies to release all reasonably segregable nonexempt portions of documents, i.e., to redact exempt portions of documents and release the rest. See 5 U.S.C. § 552(a)(8).

In order to help to determine my status for purposes of determining the applicability of any fees, you should know that I am a working journalist. The records released to me will be used strictly for noncommercial, journalistic purposes in the public's interest.

I request a waiver of all fees for this request. Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government.

I also ask that my request receive expedited processing because it concerns the compelling need of informing the public about government activities during a presidential transition period, leading to a new presidential administration.

I further request that the information I seek be provided in electronic format, whenever possible.

Please contact me at 817-917-4141 to discuss any aspect of my request. I have also included my email and mailing addresses below.

Thank you for your prompt consideration of this request.


Sincerely,

Dave Levinthal

Ph. 817-917-4141
Email: dave@davelevinthal.com
Mailing address: 4842 Eastern Ave. NE, Washington, DC 20017

2

***************
Dave Levinthal
817-917-4141
dave@davelevinthal.com
www.davelevinthal.com