# Exhibit B

**From:** Dave Levinthal <dave@davelevinthal.com>
**Sent:** Tuesday, November 26, 2024 10:58 AM
**To:** sowilliams@usaid.gov <sowilliams@usaid.gov>
**Subject:** Re: USAID FOIA Request No. F-00104-25 (Immediate Action Required)

Dear Ms. Williams,

Thank you for your message.

Per your message, I would like to amend my initial FOIA request to have it apply only to the following USAID staff members / officials:

Samantha Power, administrator
Michele Sumilas, acting deputy administrator
Isobel Coleman, deputy administrator for policy and programming
Clinton D. White, counselor
Rebecca Chalif, chief of staff
Colleen Allen, assistant administrator
Kimberly Ball, director
Brittany Brown, assistant to the administrator
Michael Camilleri, interim head of LAC
Neneh Diallo, chief diversity officer
Laila ElGohary, executive secretary
Dina Esposito, assistant to the administrator
Shannon Green, assistant to the administrator
Atul Gawande, assistant administrator
Jason Gray, CIO
Cindy Huang, director
Jun Jin, deputy general counsel
Dean Karlan, agency chief economist
Sepideh Keyvanshad, senior deputy assistant administrator

1

Sonali Korde, assistant to the administrator
Erin Elizabeth McKee, assistant administrator
Michael Metzler, senior deputy assistant  administrator
Reginald W. Mitchell, CFO
Monde Muyangwa, assistant administrator
Andrew Plitt, senior deputy assistant administrator
Jami Rodgers, senior procurement executive
Sharon Sadler-Gray, acting assistant administrator
Michael Schiffler, assistant administrator
Stephen Shih, director
Christophe Tocco, acting assistant to the administrator
John Voorhees, director of security
Gillian Caldwell, chief climate officer
Veena Reddy, India mission director
Art Brown, senior foreign service officer
Cybill Sigler, acting deputy assistant administrator
Jeanne Pryor, deputy assistant administrator
Johnny Walsh, deputy assistant administrator
William M. Butterfield, country representative
Trevor Hublin, country representative
Alyson McFarland, country representative
Paul Richardson, country representative
Philippe Accilien, country representative
Les McBride, country representative
Yves Kore, country representative
John Dunlop, mission director
Nancy Ostrowski, country representative
David Gosney, mission director
Scott Hcklander, mission director
Kimberly Rosen, mission director
Alexious Butler, mission director
Jim Wright, mission director
Michele Russell, mission director
Pamela Fessenden, mission director
Oghale Oddo, mission director
Lisa Washington-Sow, country representative
Helen Pataki, Mission director
McDonald Homer, country representative
Maria Barrón, mission director
Melissa Jones, mission director
Keisha Effiom, mission director
Alyssa Leggoe, mission director
Catie Lott, mission director
David Thompson, mission director
Margaret Sancho, mission director
Leslie Marbury, mission director
Criag Hart, mission director
Daniele Nyirandutiye, mission director

Jo Lesser-Oltheten, mission director
Peter A. Wiebler, mission director
Janean Davis, mission director
Joel Sandefur, mission director
Reed J. Aeschliman, mission director
Adam Schmidt, mission director
Kerry Pelzman, mission director
Luis Rivera, mission director
Steven Olive, mission director
Jeffrey P. Cohen, mission director
Michael McCord, country representative
Sara Werth, mission director
Ryan Washburn, mission director
Zema Semunegus, mission director
V. Kate Somvongsiri, mission director
Nino Nadiradze, country representative
Gabriel Grau, mission director
John P. Riordan, mission director
Mikaela Meredith, mission director
Aler Grubbs, mission director
Julie Koenen, mission director
Brooke Isham, mission director
Jeri Dible, country representative
Patrick E. Meyer, senior development advisor
Mary Ellen Devitt, mission director
Jeff Bryan, mission director
Ted Gehr, mission director
Courtney Chubb, mission director
Michael Nehrbass, mission director
John G. Allelo, mission director
Rebecca Latorraca, mission director
Daniel Sanchez-Bustamante, country representative
Christopher Cushing, mission director
Haven Cruz-Hubbard, mission director
Jaidev Singh, country representative
Jene Thomas, mission director
Michael Eddy, mission director
Mark Kerr, country representative
Amy Paro, mission director
Sean Jones, mission director
Erin Mone-Marquez, intermin mission director
Leslie Reed, mission director
Julie Southfield, mission director
Christopher La Fargue, country representative
Alisa Cameron, mission director
Randy Ali, mission director
Soni Hysi, senior development analyst
Scott Dobberstein, mission director

Amy Tohill-Stull, mission director
Kimberlee Bell, country director


Please let me know if you have any questions.

Best,
DAVE


**************

Dave Levinthal
817-917-4141
dave@davelevinthal.com
www.davelevinthal.com

---

**From:** sowilliams@usaid.gov <sowilliams@usaid.gov>
**Sent:** Tuesday, November 26, 2024 10:26 AM
**To:** Dave Levinthal <dave@davelevinthal.com>
**Subject:** USAID FOIA Request No. F-00104-25 (Immediate Action Required)


November 26, 2024
USAID FOIA Request No. F-00104-25 (Immediate Action Required)

Dear Mr. Levinthal:

Thank you for your interest in the U.S. Agency for International Development (USAID).  This is in response to your November 25, 2024 Freedom of Information Act (FOIA) request.  Specifically, you requested any records and documents — including but not limited to emails, memoranda, notes, electronic chat messages and calendar items — that include any of the following words/terms in either uppercase or lowercase form: Donald Trump Kamala Musk Elon DJT D.J.T. MAGA fascist fascism authoritarian authoritarianism autocrat dictator commie deep state swamp Project 2025 J6 bitch fuck fucked shit The date range for my request is Nov. 4, 2024, to Nov. 9, 2024. (Date Range for Record Search: From 11/4/2024 To 11/9/2024).
Clarification
The FOIA requires that requests describe the records sought with sufficient detail to allow an agency employee familiar with the subject area of the request to locate the records with a reasonable amount of effort.  The FOIA was not intended to reduce government agency staff to researchers or full-time investigators on behalf of FOIA requesters.  In this instance, your request does not adequately describe the records sought; therefore, we are unable to process it at this time.  If you wish to pursue your request, please provide as much information as possible, such as: names of USAID personnel whose emails and chats you wish to be searched.

Your request has been placed on hold.  Please note that, if we do not receive your written response clarifying the types of records you seek--as articulated above--within 10 days from the date of this communication, we will consider the nonresponse a withdrawal of your request.  As such, your request will be closed and no further action will be taken on it.  If you wish to discuss further, you may contact this office at foia@usaid.gov.


This is not a denial of your request. Once we receive this information, your request will be perfected. You will be notified of the FOIA Specialist assigned to process your case. If you have questions, please contact us by email at foia@usaid.gov.

4

Thank you.

Sincerely,
Sophia Williams
FOIA Specialist
Bureau for Management
Office of Management Services
Information and Records Division