UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTUS MEDIA LLC et al.,

      Plaintiffs,

    v.

U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,

      Defendant.

Civil Action No. 26-1004 (AHA)

**JOINT STATUS REPORT**

Pursuant to the Court's Standing Order (ECF No. 5) ¶ 3.D, the plaintiffs, Notus Media LLC and Dave Levinthal, ("Plaintiffs"), and defendant the United States Agency for International Development, ("Defendant" or "Agency"), (collectively the "parties"), respectfully submit this joint status report by and through their respective undersigned counsel in this Freedom of Information Act ("FOIA") case.

1.      This case involves Plaintiffs' November 25, 2024 FOIA request seeking: Any records and documents — including but not limited to emails, memoranda, notes, electronic chat messages and calendar items — that include any of the following words/terms in either uppercase or lowercase form: Donald; Trump; Kamala; Musk; Elon; DJT; D.J.T.; MAGA; fascist; fascism; authoritarian; authoritarianism; autocrat; dictator; commie; deep state; swamp; Project 2025; J6; bitch; fuck; fucked; shit. *See* Compl. (ECF No. 1-1) at 2-3. The date range for Plaintiff's request was November 4, 2024 to November 9, 2024. *See id*. at 3.

2.      Defendant reports that Plaintiff's FOIA request is in processing and the Defendant requires additional time to determine if the Defendant's search for potentially responsive records is complete and the number of potentially responsive records. Defendant respectfully requests a

- 2 -

reasonable amount of time to conduct its preliminary process and respectfully proposes filing a

status report in twenty-one days  on or before June 16, 2026, updating the Court on the status of

Plaintiff's FOIA request.


Dated:  May 26, 2026
       Washington, DC


BALLARD SPAHR LLP

/s/ *Maxwell S. Mishkin*
Maxwell S. Mishkin (#1031356)
Chad R. Bowman (#484150)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
mishkinm@ballardspahr.com
bowmanchad@ballardspahr.com

*Attorneys for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kimberly A. Stratton*
   KIMBERLY A. STRATTON
   P.A. Bar #327725
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   Ph: (202) 417-4216
   Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*