UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOTUS MEDIA LLC et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,<br><br>Defendant. | Civil Action No. 26-1004 (AHA) |

**JOINT STATUS REPORT**

Plaintiffs, NOTUS Media LLC and Dave Levinthal, ("Plaintiffs"), and defendant the United States Agency for International Development, ("Defendant" or "Agency"), (collectively the "parties"), respectfully submit this joint status report by and through their respective undersigned counsel pursuant to the Court's September 10, 2026 Minute Order.[1]

1. This case involves Plaintiffs' November 25, 2024 FOIA request seeking: Any records and documents — including but not limited to emails, memoranda, notes, electronic chat messages and calendar items — that include specific terms. *See* Compl. (ECF No. 1-1) at 2-3. The date range for Plaintiffs' request was November 4, 2024 to November 9, 2024. *See id.* at 3.

2. The Agency previously reported that it has uploaded the potentially responsive records to its FOIA processing system and identified approximately 4,707 potentially responsive records. The Agency reports that it released records on September 30, 2026, consisting of 156 pages released in full, 29 pages released in part, 64 pages Outside-of-Scope, and 251 pages require

[1] The parties sincerely apologize to the Court for missing the November 9, 2026 status report deadline. Counsel for the Defendant mistakenly calendared the due date as November 19, 2026.

consultation with another federal entity that is not a party to this litigation. The Agency further reports that it released records on October 30, 2026 consisting of 279 records released in full; and 226 pages of records that were Outside-of-Scope. The Agency will continue to process Plaintiff's FOIA request by processing 500 pages of records per month until completion.

3. The parties respectfully propose filing a joint status report in approximately sixty days, on or before January 18, 2027, updating the Court on the status of this FOIA request.

Dated: November 17, 2026
Washington, DC

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Maxwell S. Mishkin*
Maxwell S. Mishkin (#1031356)
Chad R. Bowman (#484150)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
mishkinm@ballardspahr.com
bowmanchad@ballardspahr.com

*Attorneys for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kimberly A. Stratton*
KIMBERLY A. STRATTON
P.A. Bar #327725
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Ph: (202) 417-4216
Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*